IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KARL HUNT**   **PLAINTIFF**

**v.**   **No. 1:07CV301-A-B**

**LEE COUNTY JUSTICE CENTER, ET AL.**   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the  20th  day of February, 2008.

                                        /s/ Sharion Aycock
                                        U. S. DISTRICT JUDGE